IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | |
|---|---|
| MWY, INC., and SAMI ZAHRAN Individually<br>　　　　Plaintiffs<br><br>vs.<br><br>OPPORTUNITY FRANCHISING, INC., D/B/A JANI-KING OF ILLINOIS an Illinois corporation<br>　　　　Defendants | Case No. 12 cv 10404 |

## ANSWER TO AFFIRMATIVE DEFENSES AND ANSWER TO COUNTERCLAIM

NOW COMES, the Plaintiffs, MWY, Inc. and Sami Zahran individually, by and through their attorneys, Dan Walker, Jr., and the law firm of Cesario & Walker and for their *Answer to Affirmative Defenses* state as follows:

## ANSWER TO AFFIRMATIVE DEFENSES

1. Plaintiffs deny the First Affirmative Defense.

2. Plaintiffs deny the Second Affirmative Defense.

3. Plaintiffs deny the Third Affirmative Defense.

4. Plaintiffs deny the Fourth Affirmative Defense.

5. Plaintiffs deny the Fifth Affirmative Defense.

6. Plaintiffs deny the Sixth Affirmative Defense.

7. Plaintiffs deny the Seventh Affirmative Defense.

8. Plaintiffs deny the Eighth Affirmative Defense.

9. Plaintiffs deny the Ninth Affirmative Defense.

10. Plaintiffs deny the Tenth Affirmative Defense.

11. Plaintiffs deny the Eleventh Affirmative Defense.

12. Plaintiffs deny the Twelfth Affirmative Defense.

13. Plaintiffs deny the Thirteenth Affirmative Defense.

14. Plaintiffs deny the Fourteenth Affirmative Defense.

**Wherefore,** Plaintiffs, Mina & Sarah Corporation and Solange Faam individually, pray this Court to enter Judgment in their favor and against Defendant in an amount in excess of $50,000 plus costs of this suit.

## ANSWER TO COUNTERCLAIM

**NOW COMES,** the Plaintiffs, Mina & Sarah Corporation and Solange Faam individually, by and through their attorneys, Dan Walker, Jr., and the law firm of Cesario & Walker and state for their *Answer to Counterclaim* as follows:

1. Plaintiffs / Counter Defendants admit the allegations contained within paragraph 1.

2. Plaintiffs / Counter Defendants admit the allegations contained within paragraph 2, but deny that the agreement is binding on Plaintiffs / Counter Defendants as Defendant / Counter Plaintiffs induced same by fraud and breached the agreement.

3. Plaintiffs / Counter Defendants admit the allegations contained within paragraph 3.

4. Plaintiffs / Counter Defendants admit the allegations contained within paragraph 4.

5. Plaintiffs / Counter Defendants deny the allegations contained within paragraph 5.

6. Plaintiffs / Counter Defendants deny the allegations contained within paragraph 6.

7. Plaintiffs / Counter Defendants deny the allegations contained within paragraph 7.

8. Plaintiffs / Counter Defendants admit the allegations contained within paragraph 8, but deny that the provision is applicable to Plaintiffs / Counter Defendants.

9. Plaintiffs / Counter Defendants deny the allegations contained within paragraph 9.

## ANSWER TO COUNT I BREACH OF CONTRACT

10. Plaintiffs / Counter Defendants incorporate their answers to paragraphs 1 – 9 of their Answers to Counterclaim as paragraphs 1 – 9 of Count I, as if more fully set forth herein.

11. Defendant's Counter Claim for Breach of Contract contains no paragraph 11.

12. Plaintiffs / Counter Defendants deny the allegations of paragraph 12 of Count I of the Counterclaim.

13. Plaintiffs / Counter Defendants deny the allegations of paragraph 13 of Count I of the Counterclaim.

**Wherefore,** Plaintiffs / Counter Defendants, MWY. Inc and Sami Zahran individually, pray this Court deny the relief requested by Defendant / Counter Plaintiff in its Counter Claim and enter Judgment in favor of Plaintiffs / Counter Defendants, MWY, Inc., and Sami Zahran individually, and against Defendant / Counter Plaintiff Opportunity Franchising, Inc. plus costs of this suit.

**RESPECTFULLY SUBMITTED,**
**CESARIO & WALKER**

**DAN WALKER, JR.**

CESARIO & WALKER
Dan Walker Jr.
David T. Christensen
Attorneys for Plaintiffs / Counter Defendants
211 W. Chicago Avenue, #118
Hinsdale, IL   60521
(630) 920-8800